HENRY B. JOHNSON V. STATE OF NEBRASKA.

FILED JULY 1, 1930. No. 27373.

*Edward F. Hannon,* for plaintiff in error.

*C. A. Sorensen, Attorney General,* and *Clifford L. Rein, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, THOMPSON, EBERLY and DAY, JJ.

PER CURIAM.

This is a proceeding in error brought to this court by Henry B. Johnson for a review of the judgment of the district court for Hamilton county wherein he was convicted of the offense of unlawfully manufacturing intoxicating liquor.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.